```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF MISSISSIPPI
                 NORTHERN DIVISION
```

JANET TYSON                                              PLAINTIFF

v.                              CIVIL ACTION NO. 3:23cv340-TSL-MTP

WAL-MART STORES EAST, LP                                 DEFENDANT

<u>ORDER</u>

This cause comes before the court <u>sua sponte</u>, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 13th day of November, 2024.

<pre>
                        /s/ Tom S. Lee
                        UNITED STATES DISTRICT JUDGE
</pre>